JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED AHMED KABIR, on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>CHEVRON STATIONS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | Case No. 2:20-cv-02603 FMO (GJSx)<br><br>**ORDER ON STIPULATION [10] REMANDING CASE TO STATE COURT ON STIPULATED REQUEST OF THE PARTIES**<br><br>Place: Courtroom 6D<br><br>Assigned for All Purposes to the Honorable Fernando M. Olguin |

| | |
|---|---|
| 1 | Based on the Parties' stipulation and good cause appearing, this action is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles. |
| | IT IS SO ORDERED. |
| 6 | Dated: April 2, 2020 _____/s/_____ |
| | The Honorable Fernando Olguin |
| | United States District Judge |